THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB VAN BRINK, Appellant.

*People* v. *Van Brink*, 174 App. Div. 858, affirmed.
(Submitted October 23, 1916; decided November 21, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1916, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a misdemeanor in admitting a child under the age of sixteen years to a moving pic-

ture performance in violation of section 484 of the Penal Law.

*Jonah J. Goldstein* for appellant.

*Edward Swann, District Attorney (Robert S. John-stone* of counsel) for respondent.

Judgment affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ.